CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MOSES PULIDO-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSES PULIDO-AGUILAR,<br><br>　　　　　Defendant. | Case No.: 11-365 GEB<br><br>STIPULATION AND ORDER FOR PREPARATION OF PRE-PLEA PROBATION REPORT<br><br>DATE:　March 15, 2013<br>TIME:　 9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney DANIEL McCONKIE, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MOSES PULIDO-AGUILAR, and the parties mutually request, that the Court order a pre-plea report to be prepared as to Defendant MOSES PULIDO-AGUILAR in above-entitled matter, presently scheduled for further status conference on April 19, 2013.  The parties request that the court set April 18, 2013, as the deadline for completion of the pre-plea report.

　　　The government has provided the defense with a plea agreement.  The parties are requesting the pre-plea report to ascertain that the anticipated resolution is consistent with Mr. Pulido-Aguilar's criminal history.  Upon confirmation of criminal history, the defense anticipates a change of plea will be forthcoming.

//

1 | DATED:     March 11, 2013          /S/     Daniel McConkie_____
                                        DANIEL MCCONKIE
                                        Attorney for Plaintiff


                                        /S/     Clemente M. Jiménez_____
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for MOSES PULIDO-AGUILAR


## ORDER

IT IS SO ORDERED, that the United States Probation Department prepare a pre-plea presentence report as to Defendant Moses Pulido-Aguilar, to be completed by April 18, 2013.

**Date:  3/20/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge