**FILED**

FEB 21 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   2:11-CR-00365-GEB
           Plaintiff,            )
                                 )
      v.                         )   ORDER FOR RELEASE OF PERSON
                                 )   IN CUSTODY
MOSES PULIDO-AGUILAR,            )
                                 )
           Defendant.            )
_____)

TO UNITED STATES MARSHALL:

   This Order authorizes and directs you to release Moses Pulido-Aguilar, from custody on the pending charges in this case.

_____
UNITED STATES DISTRICT JUDGE

file copy                    original to USM
                             in Court

1