FILED

FEB 21 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   2:11-CR-00365-GEB
            Plaintiff,              )
                                    )
       v.                           )   ORDER FOR RELEASE OF PERSON
                                    )   IN CUSTODY
MOSES PULIDO-AGUILAR,               )
                                    )
            Defendant.              )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release Moses Pulido-Aguilar, from custody on the pending charges in this case.

_____
UNITED STATES DISTRICT JUDGE

file copy          original to USM
                      in Court